*SEPT. TERM, 1837.*

Hart v. Spence.

Where, from the very nature of the proceedings in a case, the defendant has notice that the plaintiff means to charge him with the possession of an instrument, no further notice to produce is necessary.

In proceedings of this kind against delinquent officers, the trial must be by the court, and it is error to submit the case to a jury.

The other Judges concurring herein, the judgment of the circuit court is reversed and the cause remanded.

---

## Hart v. Spence.

APPEAL from the Boone circuit court.

Opinion of the court delivered by EDWARDS, Judge.

There is no difference between this case and the case of Hart v. Robinett, decided at this term of the court, which it is now deemed material to notice. On the trial in the circuit court, this cause was permitted to go to a jury. In this there was error. The other Judges concurring, the judgment of the circuit court is, therefore, reversed, and this cause remanded.